IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENWALD CATERERS INC., | : | CIVIL ACTION |
| NEW YORK UNITED JEWISH | : | |
| ASSOCIATION, INC. | : | |
| | : | |
| v. | : | NO. 22-811 |
| | : | |
| LANCASTER HOST, LLC d/b/a | : | |
| WYNDHAM RESORT LANCASTER | : | |

# ORDER

**AND NOW**, this 26th day of April 2023, upon considering defendant's motion for judgment on the pleadings (DI 72), plaintiffs' opposition (DI 77), defendant's reply (DI 79), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's motion for judgment on the pleadings (DI 72) is **GRANTED**; and,

2. Plaintiffs' claim for breach of implied warranty is **DISMISSED with prejudice** and judgment is hereby entered in favor of the defendant on the claim.

_____
MURPHY, J.