IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENWALD CATERERS INC., <br> NEW YORK UNITED JEWISH <br> ASSOCIATION, INC. | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 22-811 |
| LANCASTER HOST, LLC | : | |

# ORDER

**AND NOW**, this 25th day of October 2023, upon considering defendant's motion for summary judgment (DI 118), plaintiffs' opposition (DI 129), defendant's reply (DI 137), plaintiffs' motion for partial summary judgment (DI 120), defendant's opposition (DI 127), plaintiffs' reply (DI 138), defendant's motion to exclude experts (DI 122), plaintiffs' opposition (DI 130), defendant's reply (DI 136), defendant's motion to exclude the supplemental report of Mr. Molder (DI 135), plaintiffs' opposition (DI 140), defendant's reply (DI 141), and for reasons in the accompanying Memorandum, it is **ORDERED**:

    1.    Defendant's motion for summary judgment (DI 118) is **DENIED in part** and **GRANTED in part**;[1]

    2.    Plaintiffs' motion for partial summary judgment (DI 120) is **DENIED**;

    3.    Defendant's motion to exclude experts (DI 122) is **DENIED in part** and **GRANTED in part**;[2]

---

[1] As discussed in the accompanying memorandum, defendant's motion for summary judgment is granted with respect to plaintiffs' alleged damages in the amount of $11,123 relating to "member reimbursements and refunds," unspecified damages relating to "reimbursements of costs incurred to hold the 2019 Passover event," and $195,800 relating to "option-related damages," and otherwise denied.

[2] Plaintiffs' experts are excluded in the following respects: Ronald N. Gorodesky is precluded from testifying, Michael Molder is precluded from testifying as to consequential losses and may only give limited testimony as to direct losses as described in the accompanying

      4.      Defendant's motion to exclude the supplemental report of Mr. Molder (DI 135) is **GRANTED**.

_[signature]_
MURPHY, J.

---

memorandum, and Robert Kostival may only give limited testimony as described in the accompanying memorandum.